UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-23232-CIV-WILLIAMS/REID

GARY CATENAC, AYANA KNOWLES, FRANK HAMMOND, ALEXANDER OKWALI, and, HARRY GARCIA individually and as representatives of a class of participants and beneficiaries on behalf of the Lennar Corporation 401(K) Plan,

    Plaintiffs,

vs.

LENNAR CORPORATION,

    Defendant.

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

  Pursuant to Local Rule 7.8, Plaintiffs respectfully submit the attached decision from the Sixth Circuit Court of Appeals in *Parker, et al v. Tenneco, Inc., et al*, No. 23-1857, 2024 WL 3873409, (6th Cir. August 20, 2024).

  Plaintiffs are filing this Notice of Supplemental Authority to support the arguments on pages seven (7) through page eleven (11) of their Response (Doc. 30), that the unambiguous statutory language of ERISA allows a single plaintiff to obtain plan-wide relief. Thus, the Court should rule similarly that the arbitration provision is unenforceable because it would prevent Plaintiff from pursuing the Plan-wide remedies Sections 409(a) and 502(a)(2) of ERISA unequivocally provide. A copy of the *Parker* decision is attached hereto as Exhibit A.

Dated this 22nd day of August, 2024.

Respectfully submitted,

/s/ Brandon J. Hill
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**LUIS A. CABASSA**
Florida Bar Number: 053643
Direct No.: 813-379-2565
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com
Email: gdesane@wfclaw.com

and

**MARC R. EDELMAN**
Florida Bar No. 0096342
**MORGAN & MORGAN, P.A.**
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Telephone: 813-223-5505
Facsimile: 813-257-0572
Email: medelman@forthepeople.com

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 22nd day of August, 2024 the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice to all counsel of record.

            */s/ Brandon J. Hill*
            **BRANDON J. HILL**