**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:22-cv-23232-KMW**

GARY CATENAC, AYANA KNOWLES, FRANK
HAMMOND, ALEXANDER OKWALI, and
HARRY GARCIA, individually and as
representatives of a class of participants and
beneficiaries on behalf of the Lennar Corporation
401(K) Plan,

        Plaintiffs,

  v.

  LENNAR CORPORATION,

        Defendant.

**DEFENDANT'S RESPONSE TO
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs continue to argue that this Court should invalidate the arbitration provision in the Lennar Corporation 401(k) Plan (the "Plan") based on non-binding, out-of-circuit caselaw that does not address the reasoning underlying Judge Scola's decision in *Holmes v. Baptist Health,* which follows both Supreme Court and Eleventh Circuit precedent by holding that plan-wide monetary relief "is only available to those who bring a representative or class action," and "as the Eleventh Circuit has already held that a waiver of the right to bring a class action in arbitration is permissible, *the concomitant waiver of remedies associated with class actions is also permissible.*" 2022 WL 180638, at *2-3 (S.D. Fla. Jan. 20, 2022) (emphasis added).  This time, Plaintiffs submit *Parker v. Tenneco, Inc.*, No. 23-1857, 2024 WL 3873409 (6th Cir. August 20, 2024).  But this decision misses the mark for all the same reasons Defendants have previously explained when addressing Plaintiffs' other non-controlling caselaw.  *See* Dkt. Nos. 23, 33, 36, 38.  Because

1

Plaintiffs provide no authority that meaningfully contends with *Holmes* or the binding Eleventh Circuit and Supreme Court precedent it relies on, this Court should adopt the reasoning in those cases and compel the individual arbitration of Plaintiffs' claims under the governing arbitration agreement.

Date: September 9, 2024                         Respectfully submitted,

                                                /s/ *Kimberley E. Lunetta*
                                                Kimberley E. Lunetta
                                                (FL Bar Number: 1026812)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                600 Brickell Avenue, Suite 1600
                                                Miami, Florida 33131-2339
                                                Telephone: (305) 415-3000
                                                Facsimile: (305) 415-3001
                                                kimberley.lunetta@morganlewis.com

                                                Deborah S. Davidson (*pro hac vice* forthcoming)
                                                110 N. Wacker Drive
                                                Chicago, IL 60606-1511
                                                Telephone: (312) 324-1159
                                                Facsimile: (312) 324-1001
                                                deborah.davidson@morganlewis.com

                                                Keri L. Engelman (*pro hac vice*)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                One Federal Street
                                                Boston, MA 02110-1726
                                                Telephone: (617) 341-7828
                                                Fax: (617) 341-7001
                                                keri.engelman@morganlewis.com

                                                Jared R. Killeen (*pro hac vice*)
                                                MORGAN, LEWIS & BOCKIUS, LLP
                                                2222 Market Street
                                                Philadelphia, PA 19103-2921
                                                Telephone: (215) 963.5917.5000
                                                Facsimile: (215) 963.5001
                                                jared.killeen@morganlewis.com

                                                *Counsel for Defendant Lennar Corporation*